IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

    Plaintiff,                              No. CIV S-10-1928 EFB

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et. al.,

    Defendants.                         ORDER
_____/

      Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. On October 13, 2010, defendants filed a motion to dismiss and noticed it for hearing on November 24, 2010. On November 19, 2010, the parties filed a stipulation requesting a continuance of the hearing date to December 29, 2010.

      Accordingly, it is hereby ORDERED that the hearing on defendants' motion to dismiss is continued to December 29, 2010 at 10:00 a.m. in Courtroom No. 24.

Dated: November 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE