IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

      Plaintiff,                    No. CIV S-10-1928 EFB P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et. al.,

      Defendants.               ORDER

_____/

On December 29, 2010, the court held a hearing on defendants California Department of Corrections and Rehabilitation, Matthew Cate, Robin Dezember, and Arnold Schwarzenegger's motion to dismiss. For the reasons stated on the record, the motion to dismiss must be granted.

Accordingly, it is hereby ORDERED that:

1. Defendants' motion to dismiss is granted;

2. Plaintiff may file an amended complaint by January 28, 2011; and

3. Good cause appearing, plaintiff may effect service on defendant Doge by February 28, 2011.

Dated: January 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE