IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

   Plaintiff,        No. CIV S-10-1928 EFB P

  vs.

CALIFORNIA DEPT OF CORRECTIONS
AND REHABILITATION, et al.,

   Defendants.       ORDER

           /

  Plaintiff is a state prisoner proceeding though counsel in an action brought under 42 U.S.C. § 1983.  Defendant Dage requests an extension of time to file an answer to plaintiff's second amended complaint.  *See* Fed. R. Civ. P. 6(b).

  Defendant's December 21, 2011 request is granted and defendant shall file an answer within thirty days from the date of this order.

  So ordered.

DATED:  January 4, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE