IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

        Plaintiff,                       No. CIV S-10-1928 EFB P

   vs.

CALIFORNIA DEPT. OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.              <u>ORDER</u>

        Pursuant to Federal Rule of Civil Procedure 16, IT IS HEREBY ORDERED that:

        1. On or before March 2, 2012, the parties shall file status reports[1] briefly describing the case and addressing the following:

        a. Progress in service of process;

        b. Possible joinder of additional parties;

        c. Expected or desired amendment of pleadings;

        d. Jurisdiction and venue;

        e. Anticipated motions and their scheduling;

        f. Cut-off dates for discovery (including dates for the disclosure of expert

---

[1] The parties are encouraged, when possible, to file a joint status report.

1
2  witnesses) and law and motion, and dates for pretrial conference and trial;[2]
3        g.  Special procedures, if any;
4        h.  Estimated trial time;
5        I.  Modifications of standard pretrial procedures due to the simplicity or
6  complexity of the proceedings;
7        j.  Whether the case is related to any other cases, including any bankruptcy cases;
8        k.  Whether a settlement conference should be scheduled;
9        l.  Whether counsel will stipulate to the magistrate judge assigned to this matter
10 acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they
11 prefer to have a settlement conference conducted before another judge; and
12       m.  Any other matters that may add to the just and expeditious disposition of this
13 matter.
14     2.  Failing to obey federal or local rules, or any order of this Court, "may be grounds for
15 imposition by the court of any and all sanctions authorized by statute or Rule or within the
16 inherent power of the Court," including dismissal of this action. L.R. 110.
17     3. The parties are reminded of their continuing duty to notify chambers immediately of
18 any settlement or other disposition. *See* L.R. 160.  In addition, the parties are cautioned that
19 pursuant to Local Rule 230(c), an opposition, or a statement of non-opposition, to the granting of

---

[2] In completing this portion of the status report(s), the parties are advised that Judge Brennan's typical pretrial schedule requires (1) initial expert disclosures to be made within approximately sixty (60) days after filing the initial status report(s); (2) motions to compel discovery to be submitted for decision within approximately sixty (60) days after the expert disclosure deadline; (3) discovery to be completed within approximately thirty (30) days after the motion to compel deadline; (4) all non-discovery law and motion to be submitted for decision within approximately sixty (60) days after the discovery completion date; (5) a final pretrial conference to be held approximately ninety (90) days after the non-discovery law and motion deadline; and (6) trial to commence approximately ninety (90) days after the final pretrial conference.

1 a motion must be filed at least fourteen (14) days preceding the noticed (or continued) hearing
2 date. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in
3 opposition to a motion at oral arguments if opposition to the motion has not been timely filed by
4 that party." Moreover, Local Rule 230(I) provides that absent notice of intent to submit the
5 matter on the briefs, failure to appear may be deemed withdrawal of the motion or of opposition
6 to the motion, or may result in sanctions.

7     4. The parties may consent to have this case before the assigned magistrate judge for all
8 purposes.  *See* 28 U.S.C. § 636(c).  The Clerk of the Court is directed to serve on the parties the
9 "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction."  All parties shall
10 complete and execute the form and file it with the Clerk.

11 DATED: February 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE