IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

        Plaintiff,                           No. CIV S-10-1928 EFB P

      vs.

CALIFORNIA DEPT. OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.                      ORDER TO SHOW CAUSE

_____/

      Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. On February 8, 2012, the court ordered the parties to file status reports on or before March 2, 2012, and cautioned the parties that failure to obey the federal or local rules or orders of the court could result in sanctions. Dckt. No. 40.

      On March 2, 2012, defendant Dage, the only defendant in this action, *see* Dckt. Nos. 31, 34, filed a status report on behalf of himself only. Dckt. No. 42. The status report indicates that defense counsel sent plaintiff's counsel a copy of Dage's proposed status report on February 22, 2012, and that plaintiff's counsel failed to communicate to defense counsel whether he approved of the status report. *See* Dckt. No. 42 at 1. Plaintiff failed to file a status report, a joint status report, or otherwise respond to the court's February 8, 2012 order.

1    Accordingly, plaintiff is ordered to show cause why sanctions should not be imposed for
2 his failure to follow court orders.  E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply
3 with these Rules or with any order of the Court may be grounds for imposition by the Court of
4 any and all sanctions authorized by statute or Rule or within the inherent power of the Court.");
5 *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules
6 is a proper ground for dismissal.").  Failure to comply with this order will result in sanctions,
7 including a recommendation that this action be dismissed.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1. Plaintiff shall, within 7 days of the date this order is filed, show cause in writing why
10 sanctions should not be imposed for failure to comply with the court's February 8, 2012 order.

11    2. Plaintiff shall also, within 7 days of the date this order is filed, file a status report as
12 required by the court's February 8, 2012 order or join in defendant Dage's March 2, 2012 status
13 report.

14    3. Failure to comply with this order will result in a recommendation that this action be
15 dismissed for failure to follow court orders and for lack of prosecution under Rule 41(b) of the
16 Federal Rules of Civil Procedure.

17 DATED: March 14, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE