IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

        Plaintiff,                      No. CIV S-10-1928 EFB P

    vs.

CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,

        Defendants.             <u>ORDER</u>

                              /

       Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. On March 15, 2012, the court ordered plaintiff to show cause within seven days, why sanctions should not be imposed for his failure to comply with the court's February 8, 2012 order directing the parties to file status reports. Dckt. No. 43. The court also ordered plaintiff to file a status report as required, or join in defendant Dage's status report. *Id.* On March 27, 2012, plaintiff filed an untimely response to the order to show cause. Plaintiff states he was unable to comply with the court's order because he was ill and was hospitalized for a day, and was also burdened by his caseload. Dckt. No. 44. Plaintiff also filed a status report. Dckt. No. 45.

////

////

1    In light of plaintiff's filings, IT IS HEREBY ORDERED that the March 15, 2012 order
2 to show cause is discharged.
3 DATED: May 8, 2012.

　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE