Robert N. Kitay, Esq. (SBN229966)
Law Office of Robert N. Kitay
2508 Garfield Ave, Ste A
Carmichael, CA  95608
Tel. (916) 266 – 0188
Fax (916) 266 – 0198


Attorney for Plaintiff
LEON GRAY


# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON GRAY,<br><br>          Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al<br><br>          Defendants. | Case No.:  2:10-CV-01928 GEB EFB<br><br>**STIPULATION AND [PROPOSED] ORDER  TO EXTEND EXPERT DISCLOSURE, EXPERT DISCOVERY, AND PRETRIAL MOTION DEADLINES** |


**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

1.    Plaintiff, LEON GRAY, is represented by ROBERT N. KITAY of the Law Office of

Robert N. Kitay, PC.  Defendant, TIMOTHY DAGE, is represented by LYNNE G.

STOCKER of Andrada & Associates.

2.    Pursuant to a professional courtesy request by Plaintiff's counsel due to having been

experiencing some financial stresses over the past couple of months that have required

him to divert resources to other areas.  As a result of these financial stresses, Mr. Kitay

did not have the funds available to pay the expert to produce his report.  The expert

{00085007.DOC/}**STIPULATION AND ORDER RE EXPERT DISCLOSURE, EXPERT DISCOVERY AND PRETRIAL  MOTION DEADLINES**                              **2:10-cv-01928 GEB EFB**

1

graciously allowed Mr. Kitay to designate him without pre-payment of funds, but understandably would not do any work until a retainer is paid.  Mr. Kitay expects to have the funds to pay the retainer within the next 2-4 weeks.  Once that is done, the designated expert will be able to produce his written report.

3.      On this basis, the parties have agreed to extend the expert disclosure deadlines, expert discovery deadlines, and pretrial motion deadlines as follows:

| | |
|---|---|
| Expert discovery deadline | January 24 9, 2013 |
| Plaintiff's expert disclosure | October 24, 2012 |
| Defendant's expert disclosure | November 26, 2012 |
| Supplemental expert disclosure | December 26 7, 2012 |
| Pretrial motions (except motions to compel discovery) | February 22 20, 2013 |
| Final Pretrial Conference | April 3, 2013 |

Dated:                                                  LAW OFFICE OF ROBERT N. KITAY,PC


                                                          signature on original
                                                          _____
                                                          ROBERT N. KITAY
                                                          Attorney for Plaintiff



Dated:      September 14, 2012            ANDRADA & ASSOCIATES


                                                          signature on original
                                                          _____
                                                          By: LYNNE G. STOCKER
                                                          Attorneys for Defendant Dage

        **IT IS SO ORDERED.**


**Dated:  September 17, 2012**          _____
                                                          **EDMUND F. BRENNAN**
                                                          **UNITED STATES MAGISTRATE JUDGE**

{00085007.DOC/}**STIPULATION AND ORDER RE EXPERT DISCLOSURE, EXPERT DISCOVERY AND PRETRIAL  MOTION DEADLINES**                    **2:10-cv-01928 GEB EFB**

2