IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON GRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPT. OF CORRECTIONS ANS REHABILITATION, et al.,<br><br>    Defendants.<br>_____/ | No. 2:10-cv-1928 GEB EFB P<br><br><br><br>ORDER AND<br>ORDER TO SHOW CAUSE |

    This case, in which plaintiff is a state prisoner proceeding through counsel, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(17). *See* 28 U.S.C. § 636(b)(1). Defendant Dage moves for summary judgment and has noticed the motion to be heard on February 20, 2013. Dckt. No. 62.

    Court records reflect that plaintiff has filed neither an opposition nor a statement of non-opposition to the motion for summary judgment. Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date or, in this instance, by February 6, 2013. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on defendant's motion for summary judgment, Dckt. No. 62, is continued to March 6, 2013 at 10:00 a.m. in Courtroom No. 8.

2. Plaintiff shall show cause, in writing, no later than February 20, 2013, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to the pending motion.

3. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than February 20, 2013.

4. Failure of plaintiff to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders and this court's Local Rules. *See* Fed. R. Civ. P. 41(b).

5. Defendant may file a reply to plaintiff's opposition, if any, on or before February 27, 2013.

SO ORDERED.

DATED: February 7, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE