IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

        Plaintiff,                    No. 2:10-cv-1928 TLN EFB P

    vs.

DAGE,

        Defendant.             <u>ORDER FOLLOWING STATUS CONFERENCE</u>

        Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. Following the hearing on defendant's motion for summary judgment, this case was set for a status conference, which was held before the undersigned on May 8, 2013. Attorney Robert Kitay appeared on behalf of plaintiff; attorney Lynne Stocker appeared on behalf of defendant. The parties requested that a settlement conference be set, however defense counsel needs additional time to determine whether to request that the conference be held before a magistrate judge other than the assigned magistrate judge. The parties also requested additional time to designate and depose experts. Good cause appearing therefor, and for the reasons stated on the record, IT IS HEREBY ORDERED, that:

        1. The June 18, 2013 trial date is vacated.

////

1

    2. The parties' expert disclosures are due Monday, June 24, 2013. The parties shall comply with the instructions in the court's earlier scheduling order, Dckt, No. 49, regarding the preparation and disclosure of experts.

    3. All expert depositions shall be *completed* by Friday, August 23, 2013.[1]

    4. Pursuant to Local Rule 270(b), the parties must inform the court in writing as to whether they wish to proceed with the settlement conference before the assigned magistrate judge or if they wish to be referred to another judge. Therefore, within seven days of the date of this order, each party shall inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned or before another magistrate judge. If the parties wish to proceed before the undersigned, each party shall file appropriate waivers of the assigned judge's disqualification from presiding over the settlement conference. Forms for doing so are provided with this order. If the parties do not wish the undersigned to preside at the settlement conference, each party shall file a notice stating so. The parties shall also suggest dates on which they are available for a settlement conference.

    5. The Clerk of the Court is directed to send each party the consent form for settlement conferences.

    6. The court will set a further status conference if settlement negotiations are unsuccessful.

    So Ordered.

Dated: May 10, 2013.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE

---

[1] The word "completed" means that all depositions have been taken and any related disputes shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. All motions to compel expert discovery must be *heard* not later than Wednesday, August 7, 2013.

2