# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

LEON GRAY,

        Plaintiff,           No. 2:10-cv-1928 TLN EFB P

   vs.

DAGE,

                       **ORDER & WRIT OF HABEAS CORPUS**
         Defendant.     **AD TESTIFICANDUM**

_____/

      Leon Gray, CDCR # T-34648, a necessary and material witness in a settlement conference in this case on August 13, 2013, is confined in Valley State Prison, 21633 Avenue 24, P. O. Box 99, Chowchilla, CA 93610-0099, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned at the U. S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom No. 8, on August 13, 2013 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as otherwise ordered; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Valley State Prison, 21633 Avenue 24, P. O. Box 99, Chowchilla, CA 93610-0099:**

      **WE COMMAND** you to produce the inmate named above to testify at the time and place above, until completion of the settlement conference or as otherwise ordered.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 23, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE