J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendant
TIMOTHY DAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEON GRAY,<br><br>           Plaintiff,<br><br>      v.<br><br>TIMOTHY DAGE,<br><br>           Defendant. | Case No.:  2:10-cv-01928 TLN-EFB<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER** |

Good cause appearing, the application of Defendant TIMOTHY DAGE for an extension of the expert disclosure deadline is granted. The parties' expert disclosures are due September 13, 2013. The parties shall comply with the instructions in the court's earlier scheduling order, Dckt. No. 49, regarding the preparation and disclosure of experts. All expert depositions shall be completed by November 15, 2013.

IT IS SO ORDERED.

Dated:  June 24, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE