UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON GRAY,<br><br>        Plaintiff,<br><br>   v.<br><br>DAGE,<br><br>        Defendant. | No. 2:10-cv-1928-TLN-EFB P<br><br>ORDER FOLLOWING FINAL PRETRIAL CONFERENCE |

Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. On April 9, 2014, this action was on calendar for a final pretrial conference. As stated on the record, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel shall show cause, no later than April 16, 2014, why monetary sanctions, payable to defense counsel, should not be imposed for his failure to comply with this court's October 24, 2013 order directing the filing of a joint pretrial statement.

2. The discovery deadline is extended for the limited purpose of allowing briefing on defendant's motion regarding the costs of deposing plaintiff's expert. Any such motion shall be filed no later than May 27, 2014, with an opposition due no later than June 10, 2014, and a reply due no later than June 17, 2014. Any such motion shall be noticed for hearing on July 23, 2014.

/////

1

3. A status conference is set for July 23, 2014, at which time the court will set a new date for a final pretrial conference and a deadline for filing a joint pretrial statement.

DATED: April 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE