UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAGE,<br><br>　　　　　Defendant. | No. 2:10-cv-1928-TLN-EFB P<br><br>ORDER FOLLOWING JULY 23, 2014<br>HEARING AND STATUS CONFERENCE |

　　　　Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. This action was before the court on July 23, 2014, for hearing on defendant's motion to compel the deposition of plaintiff's expert witness, Dr. Adler, to set a reasonable expert witness fee for that deposition, cross motions for sanctions, and for a status conference. The matter was also before the court for further hearing regarding the April 11, 2014 Order to Show Cause directed at plaintiff's counsel. ECF No. 103. As stated on the record, IT IS HEREBY ORDERED that:

1. By August 6, 2014, plaintiff's counsel shall pay the Clerk of the Court $200 in monetary sanctions for his failure to comply with the federal and local rules and this court's October 24, 2013 order directing the filing of a joint pretrial statement. *See* E.D. Cal. Local Rules 110, 281; Fed. R. Civ. P. 16(f).

2. Defendant's motion to compel (ECF No. 105) is granted to the extent that defendant shall complete the deposition of Dr. Adler by October 21, 2014. The deposition shall take

1

place at a mutually agreeable location near the Ventura County Jail, the Los Angeles International Airport, or Dr. Adler's Southern California residence. In light of the location for the deposition, Dr. Adler need not be paid travel costs. Additionally, in light of defense counsel's representations regarding payment of Dr. Adler's fee, there is no basis for requiring that the fee be paid in advance of the deposition. Dr. Adler's fee for attending the deposition may include the actual time spent being deposed, and up to five and half hours of preparation time (including one and a half hours conferring with counsel).

3. Before the court can set a "reasonable" fee for purposes of Rule 26(b)(4)(E)(i) of the Federal Rules of Civil Procedure, plaintiff must file a sworn declaration signed by Dr. Adler as to prevailing market rates. That declaration shall be filed by August 6, 2014 and shall substantiate Dr. Adler's proposed rates of $465 per hour in preparation time (*see* ECF No. 107, Ex. B) and $750 per hour in deposition time (*see id.*). The declaration shall also disclose the case numbers and the rates charged and received by Dr. Adler in the San Diego case (*see id.* at 4) and the San Francisco case, *Ayala v. CDCR* (*see id.*, Ex. A). Any response thereto by defendant shall be filed by August 13, 2014.

4. Any motion regarding the costs of deposing plaintiff's other expert, Dr. Lasker, shall be heard no later than October 21, 2014.

5. The discovery deadline (as extended on April 11, 2014, ECF No. 103) is further extended to October 21, 2014 for the limited purpose of allowing for the completion of Dr. Adler's deposition and for the resolution of any motion regarding the costs of deposing Dr. Lasker.

6. The parties' cross-motions for sanctions (ECF Nos. 105, 107) are denied.

7. Trial and final pretrial conference information is set forth in the concurrently issued order directing the filing of a joint pretrial statement and setting dates for a final pretrial conference and trial.

DATED: July 24, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE