Robert N. Kitay, Esq. (SBN229966)
Law Office of Robert N. Kitay
2508 Garfield Ave, Ste A
Carmichael, CA 95608
Tel. (916) 266 – 0188
Fax (916) 266 – 0198

Attorney for Plaintiff
LEON GRAY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON GRAY,<br><br>         Plaintiff,<br><br>v.<br><br>DAGE,<br><br>         Defendant. | Case No.: 2:10-CV-01928-TLN-EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DR. ADLER DECLARATION DEADLINES |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. Plaintiff, LEON GRAY, is represented by ROBERT N. KITAY of the Law Office of Robert N. Kitay. Defendant, TIMOTHY DAGE, is represented by LYNNE G. STOCKER of Andrada & Associates.

2. Pursuant to this court's Order Following July 23, 2014 Hearing and Status Conference (ECF No. 110), Plaintiff must file a sworn declaration signed by Dr. Adler by August 6, 2014 and Defendant's response thereto must be filed by August 13, 2014.

3. Plaintiff's expert, Dr. Adler, is currently in the middle of a pre-planned vacation on the East Coast and has no access to his work hard drive computer. He is scheduled to return from his vacation on 08/05/2014.

4. On this basis, the parties have agreed to extend the deadlines for Plaintiff to file Dr. Adler's declaration and Defendant to file his response as follows:

| | |
|---|---|
| Dr. Adler's Declaration | August 8, 2014 |
| Response to Dr. Adler's Declaration | August 15, 2014 |

Dated: 7/31/2014

LAW OFFICE OF ROBERT N. KITAY

/s/ Robert N. Kitay
ROBERT N. KITAY
Attorney for Plaintiff

Dated: July 31, 2014

ANDRADA & ASSOCIATES

By: LYNNE G. STOCKER
Attorneys for Defendant TIMOTHY DAGE

IT IS SO ORDERED.

Dated: August 6, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE DR. ADLER DECLARATION DEADLINES
2:10-cv-01928-TLN-EFB