1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON GRAY,                                    No. 2:10-cv-1928-TLN-EFB P

12                      Plaintiff,
                                                   ORDER APPOINTING COUNSEL
13           v.

14   DAGE,

15                      Defendant.

16

17           Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On May 14, 2015, plaintiff filed a motion to appoint counsel.  ECF No. 127.  The

19   court finds that the appointment of counsel is warranted.  Plaintiff's motion for the appointment

20   of counsel will be granted.  James V. Weixel, Jr. has been selected from the court's pro bono

21   attorney panel to represent plaintiff and he has agreed to be appointed.

22           Accordingly, IT IS HEREBY ORDERED that:

23     1.  Plaintiff's motion for the appointment of counsel (ECF No. 127) is granted.

24     2.  James V. Weixel, Jr. is appointed as counsel in the above entitled matter.

25     3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

26         spark@caed.uscourts.gov if he has any questions related to the appointment.

27     4.  The Clerk of the Court is directed to serve a copy of this order upon James V. Weixel, Jr.,

28         Weixel Law Office, 150 Post Street, Suite 520, San Francisco, California 94108.

                                                     1

1

2   5.  The parties are referred to the court's July 24, 2014 order directing the filing of a joint

3       pretrial statement and setting dates for final pretrial conference and trial (ECF No. 111),

4       for further proceedings in this action.

5   DATED:  June 10, 2015.

6

7   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28