IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON GRAY

               Plaintiff(s)

vs.

TIMOTHY DAGE

               Defendants.

No. 2:10-cv-01928-TLN-EFB P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, James V. Weixel, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 10, 2015, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Initial client consultation and file review at CHCF-Stockton. Travel from counsel's office in San Francisco is approximately 170 miles round-trip and involves payment of a $6 toll on the Bay Bridge. CDCR has notified counsel that he is approved for a legal visit on Friday, July 24, 2015.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 110.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-01928-TLN-EFB P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of July, 20 15, at San Francisco, California.

_James V. Weixel_
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___ .M. in Courtroom Number _____.

Dated: _____

United States District Judge/Magistrate Judge